# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                  Plaintiff,

   v.

Edgar Alberto DURAN,

                 Defendant.

Case No.: **21-MJ-0732**

COMPLAINT FOR VIOLATION OF

Title 18, U.S.C., Sec. 111(a)(1) –
Assaulting, resisting, or impeding
certain officers or employees (Felony)

The undersigned complainant being duly sworn states:

On or about February, 24, 2021, within the Southern District of California, defendant Edgar Alberto DURAN, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, or interfere with a person named in Title 18, United States Code, Section 111, to wit United States Customs and Border Protection Officer (CBPO) H. Godinez, in that defendant kicked CBPO H. Godinez across both legs while CBPO H. Godinez was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Special Agent Raul Rodriguez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th of February 2021.

*William V. Gallo*
HON. WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

## **STATEMENT OF FACTS**

On February 24, 2021, at approximately 3:45 PM, Edgar Alberto DURAN, ("DURAN"), a United States citizen, attempted to enter into the United States from Mexico through the San Ysidro Port of Entry pedestrian lanes.

A Customs and Border Protection Officer (CBPO) was approached at the international limit line by DURAN.  The CBPO asked DURAN if he had any legal documents that would allow him to enter the United States.  DURAN replied "no."  The CBPO asked DURAN where he was born, and DURAN replied "Afghanistan."  The CBPO again asked DURAN if he had any documents, DURAN replied "fuck you."

The CBPO noticed that DURAN was blocking travelers seeking admission and asked DURAN if he could move aside to allow other travelers to pass through.  DURAN failed to comply with the request.  The CBPO asked DURAN again and DURAN responded, "can't you take fucking sarcasm?"  DURAN then grabbed the CBPO's right wrist with his right hand.  The CBPO instructed DURAN in a firm calm voice to let go of him.  DURAN did not let go.  The CBPO reached for DURAN's right arm and proceeded to take him down to the ground.  DURAN was then handcuffed with his hands behind his back.

1

While DURAN was on the ground and the CBPO was standing, DURAN kicked the CBPO with a roundhouse kick across both of the CBPO's legs on the CBPO's shin area.  Officers turned DURAN over to his stomach to prevent the CBPO from receiving further injury.  While the CBPO was placing his knees and weight on DURAN to prevent him from kicking him again, DURAN yelled "I'll kill you, I'll fucking kill you."

DURAN was placed under arrest at approximately 5:45 PM.

DURAN was arrested and charged with a violation of Title 18, U.S.C., Sec. 111(a)(1) – Assaulting, resisting, or impeding certain officers or employees (Felony).